

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00450-CR

| | | |
|---|---|---|
| Eric Bledsoe | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1325173D) |
| v. | § | October 29, 2015 |
| | § | Opinion by Justice Gabriel |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | (p) | |

## JUDGMENT

After considering the record on appeal in this case, we modify the trial court's judgment for count one to state that the "Statute for Offense" is "22.021(a)(2)(B), (f)(1) PC" and to state that the "Offense for which Defendant Convicted" is "aggravated sexual assault of a child younger than six years of age." As modified, we affirm the trial court's judgment for count one. *See* Tex. R. App. P. 43.2(b). We affirm the trial court's judgment for count two. *See* Tex. R. App. P. 43.2(a).

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel